**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |  |
|---|---|---|
| NEXITY BANK, | ) | 2:10-cv-00115-HDM-RJJ |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| vs. | ) |  |
| VIGEN TOOMIANS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Plaintiff filed its complaint against the defendants on January 26, 2010. Although defendants were properly and timely served, neither filed any answer or other responsive pleading. Plaintiff therefore obtained entry of clerk's default against the defendants on March 31, 2010. No other document has been filed in this action since that time.

On August 8, 2011, plaintiff was advised that this action had been pending for more than 270 days "without any proceeding having been taken during such period." (Notice of Intent to Dismiss for Want of Prosecution, Doc. #10). Plaintiff was further advised that if no action was taken on or before September 7, 2011, the clerk's

1

office would apply to this court for dismissal for want of prosecution.  (*Id.*)

Plaintiff has failed to respond to the notice of intent to dismiss for want of prosecution or to take any other action in this case.  Accordingly, pursuant to Local Rule 41-1 and Federal Rule of Civil Procedure 41(b), this action is dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b) (dismissal for failure to prosecute); L.R. 41-1; *Link v. Wabash R. Co.*, 370 U.S. 626, 628-32 (1962) (holding that court has inherent authority to *sua sponte* dismiss an action for the plaintiff's failure to prosecute).

**IT IS SO ORDERED.**

DATED: This 8th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE